Brian K. Cline, State Bar no.: 246747
brian@clineapc.com
**CLINE, APC**
7855 Ivanhoe Ave, Suite 408
La Jolla, CA 92037
858/373.9337 (t)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN KALASHO and MATTHEW PUTRUS,<br><br>                    Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC and DOES 1–10,<br><br>                    Defendants. | Case No.:  3:20-cv-1423-BEN-AHG<br><br>**DECLARATION OF BRIAN K. CLINE ISO PLAINTIFFS' RESPONSE/OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** |

## DECLARATION OF BRIAN K. CLINE

I, Brian Kelly Cline, declare as follows:

1.      I am an attorney admitted to the Southern District of California and counsel of record for plaintiffs CALVIN KALASHO and MATTHEW PUTURS ("Plaintiffs") in the above-entitled action. My knowledge of the information and events described herein derives from a combination of my personal knowledge and a careful review of relevant court records and communications with other attorneys, and if called as a witness, I could and would competently testify thereto.

2.     I submit this declaration in support of Plaintiffs' response/opposition to defendant BMW OF NORTH AMERICA, LLC's (Defendant) motion to compel arbitration.

3.     Pursuant to valid discovery in this matter, Defendant provided Defendant's express written warranty given to Plaintiffs with respect to the Subject Vehicle, in this matter. Attached hereto is a copy of the express warranty given to Plaintiffs, bate stamped by Defendant. Select portions have been provided as **Exhibit "1"** for ease of Court, while the complete warranty is provided as **Exhibit "2."** Those select portions are found on the following BMW NA bate stamped pages follows:

➢ BM NA 0861 [page 2]:

**WARRANTOR**

BMW of North America, LLC (BMW NA) warrants…distributed by BMW NA…to the first retail purchaser, _**and**_ each subsequent purchaser. [Emphasis added.]

**WARRANTY PERIOD**

…warranty period is 48 months or 50,000 miles…

➢ BMW NA 0894 [page 35]

**BBB AUTO LINE**

_**If you wish**_ to use the program…_**If you decide**_ to arbitrate…The decision is binding on BMW NA _**if you decide to accept it**_. [Emphasis added.]

➢ BMW NA 0895 [page 36]

**Important**: …You _**may**_ also be required to use BBB AUTO LINE before seeking remedies under your state's Lemon Law. [Emphasis added.]

**CALIFORNIA RESIDENTS**

2.     If you have a problem arising under a BMW NA written warranty, we _**encourage**_ you to bring it to our attention. If we are unable to resolve it, you _**may**_ file a claim with **BBB** AUTO LINE. [Emphasis added.]

➢ BMW NA 0986 [page 37]

6.      …You are ***not*** required to use **BBB** AUTO LINE before pursuing rights and remedies under any other state or federal law…If you choose to seek redress by pursuing rights and remedies not created by California Civil Code Section 1793.22 or Title I of the Magnuson-Moss Warranty Act, resort to **BBB** AUTO LINE is ***not*** required by those statutes. [Emphasis added.]

➢ BMW NA 0987 [page 38]

10.      ***You may reject*** the decision by a **BBB** AUTO LINE arbitrator. If you reject the decision, you will be ***free to pursue further legal action***. The arbitrator's decision and any findings will be admissible in a ***court action***. [Emphasis added.]

Dated: December 14, 2020            **CLINE, APC**


BY:   *s/Brian K. Cline*
      Attorneys for Plaintiffs
      brian@clineapc.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit "1"

# NEW VEHICLE LIMITED WARRANTY FOR PASSENGER CARS AND LIGHT TRUCKS — 2019 MODELS (VALID ONLY IN THE U.S.A. INCLUDING PUERTO RICO)

## WARRANTOR

BMW of North America, LLC (BMW NA) warrants during the Warranty Period the 2019 U.S.-specification BMW vehicles distributed by BMW NA or sold through the BMW NA European Delivery Program against defects in materials or workmanship to the first retail purchaser, and each subsequent purchaser.

## WARRANTY BEGINS

Coverage begins on the date of first retail sale or the date the vehicle is first placed into service as a sales demonstrator, Aftersales Mobility Program (AMP) Vehicle or company vehicle, whichever is earlier.

## WARRANTY PERIOD

The warranty period is 48 months or 50,000 miles, whichever occurs first, except as noted below.

## WARRANTY COVERAGE

To obtain warranty service coverage, the vehicle must be brought, upon discovery of a defect in material or workmanship, to the workshop of any authorized BMW center in the United States (including Puerto Rico) during normal business hours.

The authorized BMW center will, without charge for parts and labor (including diagnosis), either repair or replace the defective part(s) using new or authorized remanufactured parts. The decision whether to repair or replace said part(s) is solely the prerogative of BMW NA. Parts for which replacements are made become the property of BMW NA. In all cases, a reasonable time must be allowed for warranty repairs to be completed after the vehicle is received by the authorized BMW center.

Warranty repairs do not constitute an extension of the original limited warranty period for the vehicle or a part thereof.

BMW NA 0861

## BBB AUTO LINE

If your concern is still not resolved to your satisfaction, BMW NA offers additional assistance through BBB AUTO LINE in ARKANSAS, CALIFORNIA, GEORGIA, IDAHO, IOWA, KENTUCKY, MARYLAND, MASSACHUSETTS, MINNESOTA, PENNSYLVANIA, and VIRGINIA. BBB AUTO LINE is a dispute resolution program administered by the Council of Better Business Bureaus. BBB AUTO LINE resolves disputes through mediation or arbitration. Mediation is an informal proceeding whereby a neutral third party (mediator) helps the parties to find an acceptable resolution. Arbitration is also an informal proceeding in which an impartial third party renders a decision after a hearing at which both parties have an opportunity to be heard. You can select mediation or arbitration or both.

The program is free of charge to you, the consumer, but there are some minimum requirements for participation in the program. Please contact BBB AUTO LINE at the address or phone number listed below for more details:

BBB AUTO LINE
3033 Wilson Boulevard, Suite 600
Arlington, VA 22201
1 800 955-5100

If you wish to use the program and you qualify for participation, you will be required to provide the following information:

▷ Your name and address

▷ The Vehicle Identification Number (VIN)

▷ The make, model and year of your vehicle

▷ A description of the problem with your vehicle

BBB AUTO LINE will also ask you for other information that may help resolve your concerns, such as the purchase price of your vehicle, any mileage at the time of purchase, the current mileage, and copies of repair orders.

BBB AUTO LINE will notify you when your claim has been filed. If you decide to arbitrate, you may attend the hearing in person or by telephone. You may bring witnesses and give supporting evidence. You may also submit your claim in writing and ask for a decision on the documents you submit, without attending a hearing. BBB AUTO LINE will usually render a decision within 40 days from the time you file your complaint. The decision is binding on BMW NA if you decide to accept it. BMW NA must comply with the decision within the time frame specified by the arbitrator.

BMW NA 0894

**Important**: You must use BBB AUTO LINE before asserting in court any rights or remedies created by the Magnuson Moss Warranty Act, (The Act) 15 U.S.C. Sec. 2301, et seq. You may also be required to use BBB AUTO LINE before seeking remedies under your state's Lemon Law. If you choose to seek redress by pursuing rights and remedies not created by Title 1 of Magnuson Moss Warranty Act, prior resort to the BBB AUTO LINE is not required by any provision of the Act.

## CALIFORNIA RESIDENTS

1. BMW OF NORTH AMERICA, LLC (BMW NA) participates in **BBB** AUTO LINE, a mediation/arbitration program administered by the Council of Better Business Bureaus [3033 Wilson Boulevard, Arlington, Virginia 22201] through local Better Business Bureaus. The Arbitration Certification Program of the California Department of Consumer Affairs has certified **BBB** AUTO LINE and BMW.

2. If you have a problem arising under a BMW NA written warranty, we encourage you to bring it to our attention. If we are unable to resolve it, you may file a claim with **BBB** AUTO LINE. Claims must be filed with **BBB** AUTO LINE within six (6) months after the expiration of the warranty.

3. To file a claim with **BBB** AUTO LINE, call 1 800 955-5100. There is no charge for the call.

4. In order to file a claim with **BBB** AUTO LINE, you will have to provide your name and address, the brand name and Vehicle Identification Number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide: the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time any problem(s) were first brought to the attention of BMW NA or one of our dealers, and a statement of the relief you are seeking. There is no charge to the customer in bringing this claim.

5. **BBB** AUTO LINE staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, claims within the program's jurisdiction may be presented to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued within 40 days from the time your complaint is filed; there may be a delay of 7 days if you did not first contact BMW NA about your problem, or a delay of up to 30 days if the arbitrator requests an inspection/report by an impartial technical expert or further investigation and report by **BBB** AUTO LINE.

6. You are required to use **BBB** AUTO LINE before asserting in court any rights or remedies conferred by California Civil Code Section 1793.22. You are not required to use **BBB** AUTO LINE before pursuing rights and remedies under any other state or federal law. You are also required to use **BBB** AUTO LINE before exercising rights or seeking remedies created by Title I of the Magnuson-Moss Warranty Act, 15 U.S.C. sec. 2301 et seq. If you choose to seek redress by pursuing rights and remedies not created by California Civil Code Section 1793.22 or Title I of the Magnuson-Moss Warranty Act, resort to **BBB** AUTO LINE is not required by those statutes.

7. California Civil Code Section 1793.2(d) requires that, if BMW NA or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, BMW NA may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that BMW NA has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, *one or more of the following occurs:*

   ▷ The same nonconformity [a failure to conform to the written warranty that substantially impairs the use, value or safety of the vehicle] results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by BMW NA or its agents AND the buyer or lessee has directly notified BMW NA of the need for the repair of the nonconformity; OR

   ▷ The same nonconformity has been subject to repair 4 or more times by BMW NA or its agents AND the buyer has notified BMW NA of the need for the repair of the nonconformity; OR

   ▷ The vehicle is out of service by reason of repair of nonconformities by BMW NA or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

   **NOTICE TO BMW NA AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:**

   **BMW of North America, LLC**
   **Customer Relations and Services Department**
   **P.O. Box 1227**
   **Westwood, NJ 07675-12271**
   **800 831-1117**
   **customerrelations@bmwusa.com**

BMW NA 0896

8. The following remedies may be sought in **BBB** AUTO LINE: repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as a result of a vehicle nonconformity, repurchase or replacement of your vehicle and compensation for damages and remedies available under BMW NA's written warranty or applicable law.

9. The following remedies may **not** be sought in **BBB** AUTO LINE: punitive or multiple damages, attorney's fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

10. You may reject the decision issued by a **BBB** AUTO LINE arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

11. If you accept the arbitrator's decision, BMW NA will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after we receive notice of your acceptance of the decision.

12. Please call **BBB** AUTO LINE at 1 800 955-5100 for further details about the program.

IDAHO Residents IMPORTANT: IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER THE STATE'S LEMON LAW TO REPLACEMENT OF IT OR A REFUND OF ITS PURCHASE PRICE OR YOUR LEASE PAYMENTS. HOWEVER, TO BE ENTITLED TO REFUND OR REPLACEMENT, YOU MUST FIRST NOTIFY THE MANUFACTURER, ITS AGENT, OR ITS AUTHORIZED DEALER OF THE PROBLEM IN WRITING AND GIVE THEM AN OPPORTUNITY TO REPAIR THE VEHICLE. YOU ALSO HAVE A RIGHT TO SUBMIT YOUR CASE TO THE CONSUMER ARBITRATION PROGRAM WHICH THE MANUFACTURER MUST OFFER IN THIS STATE.

BMW NA 0897

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit "2"



**The Ultimate
Driving Machine®**

# NEW VEHICLE LIMITED WARRANTY

**2019 BMW M2, M4, M5 & M6**

BMW NA 0856

Owner/Driver Information:

Name _____

Address _____

_____

_____

_____

Owner/Driver Telephones:

Business _____

Home _____

Model  __BMW M2, M4, M5 & M6__  Year __2019__

VIN | | | | | | | | | | | | | | | | | | |

Retail/In-Service Date _____

Trim Code _____ Color Code _____

Production Date _____

License Plate Number _____

BMW Center Telephone Numbers:

Offices _____

Services _____

## Table of Contents

Page

**2019 Model Year Vehicles** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1**

**Overview of BMW Limited Warranties** . . . . . . . . . . . . . . . . . . . . . **1**

**New Vehicle Limited Warranty for Passenger Cars and Light Trucks — 2019 Models
(Valid Only in the U.S.A. including Puerto Rico)** . . . . . . . . . . . . **2**
Warrantor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
Warranty Begins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
Warranty Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
Warranty Coverage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2
Safety Belt Warranty — Kansas . . . . . . . . . . . . . . . . . . . . . . . . . . .3
Other Items . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3
General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5

**Limited Warranty — Rust Perforation 2019 Models** . . . . . . . . . . **6**
What is not covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

**Federal Emissions System Defect Warranty
(Valid Only in the U.S.A. including Puerto Rico)** . . . . . . . . . . . . **8**
What is not covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9
General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .10

**Federal Emissions Performance Warranty
(Valid Only in the U.S.A. including Puerto Rico)** . . . . . . . . . . . **11**
General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13

**California Emission Control Warranty Statement\*
Your Warranty Rights and Obligations** . . . . . . . . . . . . . . . . . . **14**
Manufacturer's Warranty Coverage . . . . . . . . . . . . . . . . . . . . . . .14
Owner's Warranty Responsibilities . . . . . . . . . . . . . . . . . . . . . . . .15

**California Emission Control System Limited Warranty\*** . . . . . . . **16**
What is not covered . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
General . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
California Emission Warranty Parts List . . . . . . . . . . . . . . . . . . . . .20

**Tire Warranty Statement** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **27**

**12 Volt Battery Care** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **28**

**Corrosion Protection** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
Restoring corrosion protection . . . . . . . . . . . . . . . . . . . . . . . . . .29
Underbody maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29

**Gasoline Engines — Fuel Quality** . . . . . . . . . . . . . . . . . . . . . . 29

**Notice** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

**Correcting, Updating or Changing Your Address and/or Vehicle**
**Ownership Status Information** . . . . . . . . . . . . . . . . . . . . . . . 30

**Exporting Your BMW Vehicle** . . . . . . . . . . . . . . . . . . . . . . . . . 30

**Customer Assistance Information** . . . . . . . . . . . . . . . . . . . . . 31
Customer Assistance — Notification . . . . . . . . . . . . . . . . . . . . . .32

**BBB Auto Line** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
California Residents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36

**Special Programs** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

**BMW Roadside Assistance** . . . . . . . . . . . . . . . . . . . . . . . . . . 39
Owner's Eligibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .39
Getting Started . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40
Calling For Assistance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .40

**Services** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
Dispatch Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
On-Site Assistance. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
Lock-Out . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
Towing Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
Sign-and-Drive . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
Trip Interruption Benefits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42
Exclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .43

# 2019 MODEL YEAR VEHICLES

| Series | Body Style | Models |
|---|---|---|
| 2 Series | Coupe | M2 Competition[1] |
| 4 Series | Coupe | M4, M4 CS |
| | Convertible | M4 |
| 5 Series | Sedan | M5, M5 Competition[1] |
| 6 Series | Gran Coupe | M6 |

[1]Factory equipped to be licensable for use on public roads, exclusions apply to vehicles used in formal and informal competitive events.

# OVERVIEW OF BMW LIMITED WARRANTIES



*The California Emissions Control System Limited Warranty applies to all 2019 U.S.-specification BMW vehicles registered in California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington.

**The BMW limited warranties apply only to U.S.-specification BMW vehicles and cover eligible warranty repair or replacement work when the warranty service is performed at an authorized BMW center in the United States (including Puerto Rico), subject to all applicable exclusions and/or limitations.**

1

BMW NA 0860

# NEW VEHICLE LIMITED WARRANTY FOR PASSENGER CARS AND LIGHT TRUCKS — 2019 MODELS (VALID ONLY IN THE U.S.A. INCLUDING PUERTO RICO)

## WARRANTOR

BMW of North America, LLC (BMW NA) warrants during the Warranty Period the 2019 U.S.-specification BMW vehicles distributed by BMW NA or sold through the BMW NA European Delivery Program against defects in materials or workmanship to the first retail purchaser, and each subsequent purchaser.

## WARRANTY BEGINS

Coverage begins on the date of first retail sale or the date the vehicle is first placed into service as a sales demonstrator, Aftersales Mobility Program (AMP) Vehicle or company vehicle, whichever is earlier.

## WARRANTY PERIOD

The warranty period is 48 months or 50,000 miles, whichever occurs first, except as noted below.

## WARRANTY COVERAGE

To obtain warranty service coverage, the vehicle must be brought, upon discovery of a defect in material or workmanship, to the workshop of any authorized BMW center in the United States (including Puerto Rico) during normal business hours.

The authorized BMW center will, without charge for parts and labor (including diagnosis), either repair or replace the defective part(s) using new or authorized remanufactured parts. The decision whether to repair or replace said part(s) is solely the prerogative of BMW NA. Parts for which replacements are made become the property of BMW NA. In all cases, a reasonable time must be allowed for warranty repairs to be completed after the vehicle is received by the authorized BMW center.

Warranty repairs do not constitute an extension of the original limited warranty period for the vehicle or a part thereof.

2

BMW NA 0861

# SAFETY BELT WARRANTY—KANSAS

Safety belts are covered under the BMW New Vehicle Limited Warranty for defects in material or workmanship for a period of 10 years, unlimited mileage from the date of purchase. In order to be eligible for this coverage, the vehicle must be a new car retailed in the State of Kansas and the repair performed by an authorized BMW center in Kansas.

## OTHER ITEMS

Wheel alignment, balancing and wiper blade inserts are covered up to the first 2,000 miles on the vehicle.

**Items which are subject to wear and tear or deterioration due to driving habits or conditions, such as brake pads/linings, brake discs, clutch disc, pressure plate, filters, upholstery, trim and chrome items, paint finish, drive belts, glass, and similar items, their coverage is specifically limited to defects in material or workmanship.**

**Additionally, wood trim and leather upholstery have inherent variations in color and texture, dependent upon being properly cleaned and maintained. These items may lighten or darken due to age or exposure to sunlight; this is not a defect in materials or workmanship.**

Battery performance and durability are temperature-dependent. While battery capacity increases in higher temperatures, colder temperatures will lower the battery's capacity. Extreme high and/or low temperatures may impact the battery's service life.

**What is not covered:**

Remote control transmitter battery replacement.

Damage, including consequential, which results from negligence, misuse/improper operation of the vehicle, improper repair, lack of or improper maintenance, environmental influences, flood, accident or fire damage, road salt corrosion, or the use of improper fuel as described in the Owner's Manual or contaminated fuel.

Damage to the engine, transmission or any related component caused by improper shifting of the transmission.

Damage to the paint finish due to stone chips, nicks, dents, acid rain, industrial fallout, other environmental influences, and normal deterioration, such as fading, discoloration, or loss of luster, improper care/repair of ″matte″ paint finishes, as well as damage caused by lack of maintenance, excessive rubbing, the use of improper cleaners, polishes and/or waxes.

BMW NA 0862

Maintenance services and parts when replaced during maintenance such as spark plugs (gasoline engines only), lubricants, fluids, engine tune-up parts, replacement of filters, coolant, and refrigerant.

Modification of the vehicle or installation of any performance accessories or components attached to the vehicle which alters the original engineering and/or operating specifications or which results in damage to the other original components, electrical interference, electrical short, radio static, water leaks and wind noise.

Tires are warranted by their respective manufacturer. See the Tire Warranty Statement on page 27.

**Driving over rough or damaged road surfaces, as well as debris, curbs and other obstacles can cause serious damage to wheels, tires and suspension parts. This is more likely to occur with low-profile tires that provide less cushioning between the wheel and the road. Be careful to avoid road hazards and reduce your speed, especially if your vehicle is equipped with low-profile tires.**

Non-genuine BMW Parts — While you may elect to use non-genuine BMW parts for maintenance or repair services, BMW NA is not obligated to pay for repairs of the non-genuine BMW parts or for repairs of any damage resulting from the use of non-genuine parts.

This warranty shall be null and void for specific vehicle components that were previously replaced with used or salvaged automobile parts, including repairs of any damage resulting from the use of these parts.

This warranty shall be null and void if the odometer has been replaced or altered and the true mileage on the vehicle cannot be determined, and/or the Vehicle Identification Number (VIN) is altered and/or cannot be determined.

This warranty shall be null and void if the vehicle has been declared a total loss or sold for salvage purposes, or if the vehicle has been used in any competitive event.

BMW NA 0863

## GENERAL

These warranties give you specific legal rights, and you may also have other rights which vary from state to state.

THE DURATION OF ANY IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY, IS LIMITED TO THE DURATION OF THE EXPRESS WARRANTIES HEREIN.

BMW NA HEREBY EXCLUDES INCIDENTAL AND CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF TIME, INCONVENIENCE, OR LOSS OF USE OF THE VEHICLE, FOR ANY BREACH OF ANY EXPRESS OR IMPLIED WARRANTY, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY, APPLICABLE TO THIS PRODUCT.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations and exclusions may not apply to you.

BMW NA 0864

## LIMITED WARRANTY — RUST PERFORATION
## 2019 MODELS

BMW of North America, LLC (BMW NA) warrants this original vehicle against defects in materials or workmanship which will result in rust perforation of the vehicle body for a period of 12 years, unlimited mileage. Coverage begins on the date of first retail sale or the date the vehicle is first placed into service as a sales demonstrator, Aftersales Mobility Program (AMP) Vehicle or company vehicle, whichever is earlier.

To obtain warranty service coverage, the vehicle must be brought, upon discovery of any rust perforation, to the workshop of any authorized BMW center. The authorized BMW center will, without charge for parts or labor, either repair or replace the defective part(s). The decision whether to repair or replace said part(s) is solely the prerogative of BMW NA. Parts for which replacements are made become the property of BMW NA.

Warranty repairs do not constitute an extension of the original limited warranty period for the vehicle or a part thereof.

BMW of North America, LLC (BMW NA) makes no other express warranty on this product except for the new car warranty, rust perforation or the emission system warranties.

THE DURATION OF ANY IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY, IS LIMITED TO THE DURATION OF THE EXPRESS WARRANTIES HEREIN.

BMW OF NORTH AMERICA, LLC (BMW NA) HEREBY EXCLUDES INCIDENTAL AND CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF TIME, INCONVENIENCE, OR LOSS OF USE OF THE VEHICLE, FOR ANY BREACH OF ANY EXPRESS OR IMPLIED WARRANTY, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY, APPLICABLE TO THIS PRODUCT.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations and exclusions may not apply to you.

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state. Any legal claim or action arising from any express or implied warranty contained herein must be brought within 12 months of the date it arises.

BMW NA 0865

## WHAT IS NOT COVERED

This warranty does not apply to damage, including consequential, which results from negligence, misuse/improper operation of the vehicle, improper repair, lack of or improper maintenance, environmental influences, flood, accident or fire damage and road salt corrosion.

Non-genuine BMW Parts — While you may elect to use non-genuine BMW parts for repair services, BMW NA is not obligated to pay for repairs of the non-genuine BMW parts or for repairs of any damage resulting from the use of non-genuine parts.

This warranty shall be null and void for specific vehicle components that were previously replaced with used or salvaged automobile parts, including repairs of any damage resulting from the use of these parts.

This warranty shall be null and void if the odometer has been replaced or altered and the true mileage on the vehicle cannot be determined, and/or the Vehicle Identification Number (VIN) is altered and/or cannot be determined.

This warranty shall be null and void if the vehicle has been declared a total loss, sold for salvage purposes, or if the vehicle has been used in any competitive event.

BMW NA 0866

# FEDERAL EMISSIONS SYSTEM DEFECT WARRANTY (VALID ONLY IN THE U.S.A. INCLUDING PUERTO RICO)

This warranty applies only to U.S.-specification vehicles distributed by BMW of North America, LLC (BMW NA) or sold through the BMW NA European Delivery Program.

In accordance with the defect warranty provisions of section 207(b) of the Clean Air Act, BMW NA warrants to the first retail purchaser, and each subsequent purchaser, that the car (a) was designed, built and equipped so as to conform, at the time of sale, with all regulations of the U.S. Environmental Protection Agency applicable at the time of manufacture and (b) is free from defects in materials and workmanship which would cause it to fail to conform with applicable regulations for a period of 2 years or 24,000 miles, whichever occurs first, except for specific emission control components (as listed on page 13), for which the warranty period is 8 years or 80,000 miles, whichever occurs first.

Coverage begins on the date of first retail sale or the date the vehicle is first placed into service as a sales demonstrator, Aftersales Mobility Program (AMP) Vehicle or company vehicle, whichever is earlier.

Warranty claims must be made as soon as reasonably possible after a defect is discovered. To make a claim, the car must be brought to any authorized BMW center during normal business hours.

The authorized BMW center will, without charge for parts and labor (including diagnosis), either repair or replace the defective part, if any. The decision whether to repair or replace said parts is solely the prerogative of BMW NA and must be expected to correct the failure of the warranted part. Parts for which replacements are made become the property of BMW NA. In all cases, a reasonable time must be allowed for warranty repairs to be completed after the car is received by the authorized BMW center.

Warranty repairs do not constitute an extension of the original limited warranty period for the vehicle or a part thereof.

For assistance in determining which specific parts or components of your vehicle are covered under this warranty, please contact your authorized BMW center.

It is the owner's responsibility to have all scheduled inspection and maintenance services performed (at the owner's expense when applicable), as prescribed in the maintenance schedule for the BMW Emission Control System. Service intervals are computed by the onboard BMW Condition Based Service system and displayed on the instrument panel. The instructions for

BMW NA 0867

proper maintenance and use can be found in the Owner's Manual. It is strongly recommended that any replacement parts used for maintenance, repair or replacement of emission control systems be certified BMW Service Parts or BMW Authorized Remanufactured Parts. Without invalidating this warranty, the owner may elect to have maintenance, repair or replacement of the emission control systems performed by any automotive repair establishment, or elect to use parts other than certified BMW Service Parts. However, the cost of such service or parts will not be covered under this warranty, except in emergency situations. In an emergency situation, where an authorized BMW center or a warranty replacement part is not reasonably available (within 30 days), repairs may be performed at any available service establishment using any equivalent part. BMW NA will reimburse the owner for such emergency repairs (including labor, parts and diagnosis not to exceed BMW NA rates for labor, parts, and diagnosis in said area) that are covered under this warranty. Replaced parts and paid invoices must be presented at an authorized BMW center as a condition of reimbursement for emergency repairs not performed by an authorized BMW center.

The use of replacement parts, which are not of equivalent quality, may impair the effectiveness of the emission control system. If other than certified BMW Service Parts or Authorized Remanufactured Parts are used for maintenance, repair or replacement of components affecting emission control, the owner should obtain assurances that such parts are warranted by their manufacturer to be equivalent to genuine BMW parts in performance and durability. BMW NA assumes no liability under this warranty with respect to parts other than genuine BMW parts.

However, the use of non-genuine BMW replacement parts or non-EPA certified parts does not invalidate the warranty on other components, unless non-genuine BMW parts or non-EPA certified parts cause damage to warranted parts.

## WHAT IS NOT COVERED

The car or any part of the car, unless the failure causes the car to fail to conform to the applicable emission regulations.

Malfunctions, including consequential, caused by negligence, misuse/improper operation of the vehicle, environmental influences, flood, accident or fire damage.

Malfunctions, including consequential, caused by improper adjustment/repair, modification, alteration, tampering, disconnection, improper or inadequate maintenance except if one or more of these occurred as a result of repair work that was performed by an authorized BMW center under warranty.

BMW NA 0868

For gasoline engines, malfunctions caused by the use of leaded fuel or fuels containing more than 10% ethanol, or other oxygenates with more than 2.8% oxygen by weight (i.e., more than 15% MTBE or more than 3% methanol plus an equivalent amount of co-solvent and/or as specified in the Owner's Manual).

Spark plugs, filters, and similar maintenance items are not covered under this warranty at or beyond the first replacement interval, or if the part has been replaced earlier for reasons other than it being defective.

Any car on which the odometer has been replaced or altered and the true mileage cannot be determined.

Any car on which the Vehicle Identification Number (VIN) is altered and/or cannot be determined.

## GENERAL

These warranties give you specific legal rights, and you may also have other rights which vary from state to state.

THE DURATION OF ANY IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY, IS LIMITED TO THE DURATION OF THE EXPRESS WARRANTIES HEREIN.

BMW NA HEREBY EXCLUDES INCIDENTAL AND CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF TIME, INCONVENIENCE, OR LOSS OF USE OF THE VEHICLE, FOR ANY BREACH OF ANY EXPRESS OR IMPLIED WARRANTY, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY, APPLICABLE TO THIS PRODUCT.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations and exclusions may not apply to you. Additionally, if you are a California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington resident and your vehicle is registered in that state, your vehicle is eligible for California Emissions Warranty coverage.

These federal warranty provisions also apply to all vehicles sold in all U.S. states and territories regardless of whether a state has enacted state warranty provisions that differ from the federal provisions.

BMW NA 0869

# FEDERAL EMISSIONS PERFORMANCE WARRANTY (VALID ONLY IN THE U.S.A. INCLUDING PUERTO RICO)

In those states and jurisdictions that have established periodic vehicle emissions tests to encourage proper vehicle maintenance and require the car to pass an emissions test approved by the U.S. Environmental Protection Agency and:

1. The car was distributed by BMW of North America, LLC (BMW NA), or sold through the BMW NA European Delivery Program; and

2. The car has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the Owner's Manual supplied with the car; and

3. The car fails to conform to the applicable emissions standards of the EPA as judged by an EPA-approved emissions test; and

4. The failure to conform results or will result in the owner of the car having to bear a penalty or other sanction (including the denial of the right to use the car) under local, state or federal law if the non-conformity is not remedied within a specified period of time.

Then, in accordance with the provisions of section 207(b) of the Clean Air Act, BMW NA warrants that if the car is eligible for coverage under this warranty, any non-conformities in the car, which cause it to fail an EPA-approved emissions test will, without charge for parts or labor (including diagnosis), be adjusted, repaired, or replaced, at the option of BMW NA to proper specifications, in order to make the car comply with applicable emissions standards. The decision whether to adjust, repair or replace parts is solely the prerogative of BMW NA and must reasonably be expected to correct the failure of the warranted part.

Coverage begins on the date of first retail sale or the date the vehicle is first placed into service as a sales demonstrator, Aftersales Mobility Program (AMP) Vehicle or company vehicle, whichever is earlier. This warranty continues for a period of 2 years or 24,000 miles, whichever occurs first, except for specific emissions control components (as listed on page 13), for which the warranty period is 8 years or 80,000 miles, whichever occurs first.

This warranty is made subject to the terms and conditions that apply to the Emission Control System Warranty and the New Vehicle Limited Warranty.

Warranty repairs do not constitute an extension of the original limited warranty period for the vehicle or a part thereof.

11

BMW NA 0870

No claim under this warranty will be denied on the basis of use of a properly installed EPA certified emission part for maintenance and repair.

A vehicle manufacturer may deny an emission performance warranty claim on the basis of an uncertified replacement part used in the maintenance or repair of a vehicle only if the vehicle manufacturer presents evidence that the uncertified replacement part is either defective in materials or workmanship or not equivalent from an emission standpoint to the original equipment part.

**Maintenance, replacement, or repair of emission control devices and systems may be performed by any automotive repair establishment or individual using any certified part.**

Immediately after the car has failed an EPA-approved emission short test, your claim can be made at any authorized BMW center. The authorized BMW center will honor or deny your claim within the time period specified by local or state laws (not to exceed 30 days), to avoid further penalties or sanctions. If the claim is denied, the authorized BMW center will notify you in writing of the reason(s). The authorized BMW center is required by law to honor the claim if notice of denial is not received by the owner within the specified time period.

You may obtain further information concerning the emission warranties, or report violations of warranty terms, by contacting:

 U.S. Environmental Protection Agency
 Office of Transportation and Air Quality
 Compliance Division, Light-Duty
 Vehicle Group
 Attn: Warranty Complaints
 2000 Traverwood Drive
 Ann Arbor, MI 48105
 Email: complianceinfo@epa.gov

The following systems are covered by the Federal Emission Performance Warranty for a period of 2 years or 24,000 miles, whichever occurs first. The specific systems may vary according to model; therefore, all of the systems listed may not be used on your vehicle. For assistance in determining which systems and specific components within these systems apply to your vehicle, please contact your authorized BMW center.

AIR INDUCTION SYSTEM

FUEL METERING SYSTEM

IGNITION SYSTEM

POSITIVE CRANKCASE VENTILATION SYSTEM (PCV)

FUEL EVAPORATIVE CONTROL SYSTEM

EXHAUST SYSTEM

ENGINE EMISSION CONTROL SYSTEM SENSORS/DEVICES

ONBOARD DIAGNOSTIC SYSTEM (OBD)

RELATED PARTS ASSOCIATED WITH THE ABOVE SYSTEMS

The following components and systems are covered under the Federal Emission Warranty for a period of 8 years or 80,000 miles, whichever occurs first.

CATALYTIC CONVERTER

ENGINE CONTROL MODULE (INCLUDING ONBOARD DIAGNOSTIC SYSTEM)

For assistance in determining coverage of the specific components of the Onboard diagnostic system, please contact your authorized BMW center.

## GENERAL

These warranties give you specific legal rights, and you may also have other rights which vary from state to state.

THE DURATION OF ANY IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY, IS LIMITED TO THE DURATION OF THE EXPRESS WARRANTIES HEREIN.

BMW NA HEREBY EXCLUDES INCIDENTAL AND CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF TIME, INCONVENIENCE, OR LOSS OF USE OF THE VEHICLE, FOR ANY BREACH OF ANY EXPRESS OR IMPLIED WARRANTY, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY, APPLICABLE TO THIS PRODUCT.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations and exclusions may not apply to you.

These federal warranty provisions also apply to all vehicles sold in all U.S. states and territories regardless of whether a state has enacted state warranty provisions that differ from the federal provisions.

BMW NA 0872

# CALIFORNIA EMISSION CONTROL WARRANTY STATEMENT\* YOUR WARRANTY RIGHTS AND OBLIGATIONS

The California Air Resources Board and BMW of North America, LLC (BMW NA) are pleased to explain the emission control system warranty on your 2019 vehicle. In California, new motor vehicles must be designed, built and equipped to meet the State's stringent anti-smog standards. BMW NA must warrant the emission control system on your vehicle for the periods of time listed below provided there has been no abuse, neglect or improper maintenance of your vehicle.

\*The California Emissions Control System Limited Warranty applies to all 2019 U.S.-specification BMW vehicles registered in California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington. Vehicles covered by this warranty are also covered by the Federal Emission Warranty.

Your emission control system may include parts such as the fuel injection system, the ignition system, catalytic converter, and engine computer. Also included may be hoses, belts, connectors and other emission-related assemblies.

Where a warrantable condition exists, BMW NA will repair your vehicle at no cost to you including diagnosis, parts and labor.

## MANUFACTURER'S WARRANTY COVERAGE

– For 3 years or 50,000 miles, whichever occurs first:

1. If your vehicle fails a Smog Check inspection, all necessary repairs and adjustments will be made by BMW NA to ensure that your vehicle passes the inspection. This is your emission control system PERFORMANCE WARRANTY.

2. If any emission-related part on your vehicle is defective, the part will be repaired or replaced by BMW NA. This is your short-term emission control system DEFECTS WARRANTY.

– For 7 years or 70,000 miles, whichever occurs first:

If an emission-related part specially noted on page 20 as having coverage for 7 years or 70,000 miles is defective, the part will be repaired or replaced by BMW NA. This is your long-term emission control system DEFECTS WARRANTY.

Warranty repairs do not constitute an extension of the original limited warranty period for the vehicle or a part thereof.

14

# OWNER'S WARRANTY RESPONSIBILITIES

– As the vehicle owner, you are responsible for the performance of the required maintenance listed in your Maintenance booklet. BMW NA recommends that you retain all receipts covering maintenance on your vehicle, but BMW NA cannot deny warranty solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

– You are responsible for presenting your vehicle to an authorized BMW center as soon as a problem exists. The warranty repairs should be completed in a reasonable amount of time, not to exceed 30 days.

– As the vehicle owner, you should also be aware that BMW NA may deny your warranty coverage if your vehicle or part has failed due to abuse, neglect, improper maintenance or unapproved modifications.

If you have any questions regarding your warranty rights and responsibilities, you should contact:

BMW of North America, LLC
Customer Relations and Services Department
P.O. Box 1227
Westwood, NJ 07675-1227

Telephone: 1 800 831-1117

Email: customerrelations@bmwusa.com

Website: www.bmwusa.com

or the

California Air Resources Board
9528 Telstar Avenue
El Monte, CA 91731

15

# CALIFORNIA EMISSION CONTROL SYSTEM LIMITED WARRANTY*

This warranty applies to California certified vehicles distributed by BMW of North America, LLC (BMW NA) or sold through the BMW NA European Delivery Program, registered and operated primarily in California.

*The California Emissions Control System Limited Warranty applies to all 2019 U.S.-specification BMW vehicles registered in California, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont or Washington. Vehicles covered by this warranty are also covered by the Federal Emission Warranty.

BMW NA warrants to the original purchaser and each subsequent owner that the vehicle is:

a. designed, built and equipped so as to conform with the applicable California Air Resources Board emission standards.

b. free from defects in materials and workmanship which cause any part that can affect emissions to fail to conform with applicable requirements or to fail a California Smog Check test or EPA-approved short test for a period of 3 years or 50,000 miles, whichever occurs first.

c. free from defects in materials and workmanship in emission-related parts, which are contained in the California Emission Warranty Parts List on page 20, for a period of 7 years or 70,000 miles, whichever occurs first.

Coverage begins on the date of first retail sale or the date the vehicle is first placed into service as a sales demonstrator, Aftersales Mobility Program (AMP) Vehicle or company vehicle, whichever is earlier.

To obtain service under this warranty, the vehicle must be brought, upon failure of a Smog Check test or upon discovery of the defect, to the workshop of any authorized BMW center, during normal business hours. The authorized BMW center will honor or deny your claim within 30 days. If the claim is denied, the authorized BMW center will notify you in writing of the reason(s). The authorized BMW center is required by law to honor the claim if notice is not given to the owner within 30 days.

The authorized BMW center will, without charge for parts or labor (including diagnosis), either adjust, repair or replace the defective part and other parts affected by the failure of the warranted part, if any. If your vehicle failed the California Smog Check test or an EPA-approved short test, then BMW NA will repair your vehicle so that it will pass this test. Items that require scheduled replacement are warranted up to the replacement interval specified in the BMW

16

Maintenance booklet. BMW NA may repair a part in lieu of replacing it when performing warranty repairs. Parts for which replacements are made become the property of BMW NA. After 3 years or 50,000 miles, and in accordance with paragraph (c) above, such repairs are limited to the repair or replacement of those parts identified in the California Emissions Warranty List.

Vehicles sold in California are also subject to Federal emission warranty provisions that run concurrently. For California vehicles, the specific emission control components listed on page 13 are also covered under the Federal Emission System Defect Warranty of 8 years or 80,000 miles, whichever occurs first.

If, within 7 years or 70,000 miles, whichever occurs first, the vehicle fails a Smog Check because of a defect in a part listed in the California Emission Warranty Parts List on page 20, repair or replacement will be performed under this warranty.

A repair performed as the result of a Smog Check test failure due to a defect in a part, which is warranted for 7 years/70,000 miles, is covered.

Warranty repairs do not constitute an extension of the original limited warranty period for the vehicle or a part thereof.

In all cases, a reasonable time, not to exceed 30 days, must be allowed for a warranty repair to be completed, after the car is received by the authorized BMW center.

It is the owner's responsibility to have all required maintenance services performed (at the owner's expense when applicable), as prescribed in the maintenance schedule for the BMW Emission Control System. Service intervals are computed by the Condition Based Service system and displayed on the instrument panel.

However, BMW NA will not deny your warranty repair claims solely because you do not have maintenance records or you did not perform the required maintenance unless BMW NA demonstrates that such lack of required maintenance is a direct cause of the emission control system failure. Instructions for required maintenance and use can be found in the Owner's Manual and in the BMW Maintenance booklet.

It is strongly recommended that any replacement parts used for maintenance, repair or replacement of emission control systems be genuine BMW Service Parts or BMW Authorized Remanufactured Parts. Without invalidating this warranty, the owner may elect to have maintenance, repair or replacement of the emission control systems performed by any automotive repair establishment, or elect to use parts other than BMW Authorized Remanufactured or genuine BMW Service Parts. However, the cost of such service or parts will not be

17

covered under this warranty, except in emergency situations. In an emergency situation, where an authorized BMW center is not reasonably available or a warranty replacement part is not available within 30 days, repairs may be performed at any available service establishment or by any individual using any replacement part.

A repair not completed within 30 days constitutes an emergency. BMW NA will reimburse the owner for such emergency repairs (including labor, parts and diagnosis not to exceed BMW suggested retail price for all warranted parts replaced and labor charges based on the manufacturer's recommended time allowance for the warranty repair and the geographically appropriate hourly labor rate) that are covered under this warranty. Replaced parts and paid invoices must be presented to an authorized BMW center as a condition of reimbursement for emergency repairs not performed by an authorized BMW center.

The use of replacement parts, which are not of equivalent quality, may impair the effectiveness of emission control systems. If other than genuine BMW Service Parts or Authorized Remanufactured Parts are used for maintenance, repair or replacement of components affecting emission control, the owner should obtain assurances that such parts are warranted by their manufacturer to be equivalent to genuine BMW parts in performance and durability. BMW NA assumes no liability under this warranty with respect to parts other than genuine BMW parts.

However, the use of non-genuine BMW replacement parts does not invalidate the warranty on other components, unless non-genuine BMW parts cause damage to warranted parts.

## WHAT IS NOT COVERED

The car or any part of the car, unless the failure causes the car to fail to conform to the applicable emission regulations.

Malfunctions, including consequential, caused by negligence, misuse/improper operation of the vehicle, environmental influences, flood, accident or fire damage.

Malfunctions, including consequential, caused by improper adjustment/repair, modification, alteration, tampering, disconnection, improper or inadequate maintenance except if one or more of these occurred as a result of repair work that was performed by an authorized BMW center under warranty.

BMW NA 0877

For gasoline engines, malfunctions caused by the use of leaded fuel or fuels containing more than 10% ethanol, or other oxygenates with more than 2.8% oxygen by weight (i.e., more than 15% MTBE or more than 3% methanol plus an equivalent amount of co-solvent and/or as specified in the Owner's Manual).

Spark plugs, filters, and similar maintenance items are not covered under this warranty at or beyond the first replacement interval, or if the part has been replaced earlier for reasons other than it being defective.

Any car on which the odometer has been replaced or altered and the true mileage cannot be determined.

Any car on which the Vehicle Identification Number (VIN) is altered and/or cannot be determined.

## GENERAL

The warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

THE DURATION OF ANY IMPLIED WARRANTIES, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY, IS LIMITED TO THE DURATION OF THE EXPRESS WARRANTIES HEREIN.

BMW OF NORTH AMERICA, LLC (BMW NA) HEREBY EXCLUDES INCIDENTAL AND CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF TIME, INCONVENIENCE, OR LOSS OF USE OF THE VEHICLE, FOR ANY BREACH OF ANY EXPRESS OR IMPLIED WARRANTY, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY, APPLICABLE TO THIS PRODUCT.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations and exclusions may not apply to you.

Federal warranty provisions also apply to all vehicles sold in all U.S. states and territories regardless of whether a state has enacted state warranty provisions that differ from the federal provisions.

For assistance in determining which parts are covered by this warranty, please contact your authorized BMW center or the BMW NA Customer Relations and Services Department at 1 800 831-1117. You may obtain further information concerning the emissions warranty or report violations of warranty terms by contacting Air Resources Board (ARB), Mobile Source Operations Division, 9528 Telstar Avenue, El Monte, CA 91731. Please include the title of the BMW service department head and telephone number.

BMW NA 0878

# CALIFORNIA EMISSION WARRANTY PARTS LIST

The following components are covered for defects by the California Emission Control System Limited Warranty for a period of 7 years or 70,000 miles, whichever comes first.

| Models: | M2 Competition | M4 Coupe M4 CS Coupe M4 Convertible | M5 Sedan M5 Competition Sedan | M6 Gran Coupe |
|---|---|---|---|---|
| Coverage: | 7 years 70,000 miles | 7 years 70,000 miles | 7 years 70,000 miles | 7 years 70,000 miles |
| Air Cleaner [Intake Muffler] | • | • | | • |
| Brake System Control Module [DSC Control Unit] | • | • | • | • |
| Camshaft Position Adjustment Unit | • | • | • | • |
| Canister Purge Valve [Fuel Tank Ventilation Valve] | • | • | • | |
| Catalytic Converter | • | • | • | • |
| Charge Air Cooler (CAC) | • | • | • | • |
| Charge Air Duct (CAC to Throttle) [Hose] | • | • | | |
| Charge Air Duct (Turbocharger to CAC) | | | • | |

20

| Models: | M2 Competition | M4 Coupe M4 CS Coupe M4 Convertible | M5 Sedan M5 Competition Sedan | M6 Gran Coupe |
|---|---|---|---|---|
| **Coverage:** | **7 years 70,000 miles** | **7 years 70,000 miles** | **7 years 70,000 miles** | **7 years 70,000 miles** |
| Connection Hose (CAC to Throttle) | | | • | |
| Connection Hose Clamp (CAC to Throttle) | | | • | |
| Crankshaft Position Sensor (CKP) | • | • | | |
| Engine Control Module (ECM) [Control Unit DME] | • | • | • | • |
| Evaporative Emission Canister [Activated Charcoal Filter] | | • | • | |
| Exhaust Manifold | | | • | • |
| Exhaust Manifold Gasket | • | • | • | • |
| Front Fuel Line (to High Pressure Pump) | • | • | • | • |

21

| Models: | M2 Competition | M4 Coupe M4 CS Coupe M4 Convertible | M5 Sedan M5 Competition Sedan | M6 Gran Coupe |
|---|---|---|---|---|
| Coverage: | 7 years 70,000 miles | 7 years 70,000 miles | 7 years 70,000 miles | 7 years 70,000 miles |
| Front Heated Oxygen Sensor [Regulating Lambda Probe] | • | • | | |
| Fuel Filler Pipe | • | • | | |
| Fuel Injector | • | • | • | • |
| Fuel Injector O-Ring | • | • | | |
| Fuel Line (High Pressure Pump(s) to Fuel Rail) [High Pressure Pipe] | • | • | | |
| Fuel Low Pressure Sensor | • | • | | |
| Fuel Pump Control Module | | | | • |
| Fuel Pump [Delivery Module] | • | • | • | • |
| Fuel Rail | • | • | • | • |
| Fuel Rail Sensor [Sensor High-Pressure] | • | • | | |

22

| Models: | M2 Competition | M4 Coupe M4 CS Coupe M4 Convertible | M5 Sedan M5 Competition Sedan | M6 Gran Coupe |
|---|---|---|---|---|
| **Coverage:** | **7 years 70,000 miles** | **7 years 70,000 miles** | **7 years 70,000 miles** | **7 years 70,000 miles** |
| Fuel Tank | • | • | • | • |
| Fuel Tank Breather Line | • | • | • | |
| High-Pressure Fuel Pump | • | • | • | • |
| Intake Manifold | • | • | • | • |
| Intake Manifold Gasket | • | • | • | • |
| Knock Sensor [Ping Sensor] | • | • | • | • |
| Malfunction Indicator Lamp (MIL) | • | • | • | • |
| Manifold Absolute Pressure Sensor (MAP) [Intake Manifold Pressure Sensor] | | | • | • |
| Middle Fuel Hose | • | • | • | • |
| Park Lockout Module | • | • | | • |
| Rear Fuel Line [Feed Line] | | | • | |

23

BMW NA 0882

| Models: | M2 Competition | M4 Coupe M4 CS Coupe M4 Convertible | M5 Sedan M5 Competition Sedan | M6 Gran Coupe |
|---|---|---|---|---|
| **Coverage:** | **7 years 70,000 miles** | **7 years 70,000 miles** | **7 years 70,000 miles** | **7 years 70,000 miles** |
| Rear Heated Oxygen Sensor [Monitoring Lambda Probe] | • | | | |
| Scavenge Air Line | | | • | |
| Sucking Jet Pump | • | • | | |
| Temperature Sensor (Engine Block) | | • | • | |
| Thermostat | | | • | • |
| Throttle Body | • | • | • | • |
| Throttle Body Gasket (CAC to Throttle Connection Tube) | | | • | |
| Throttle Body Gasket (to Intake Manifold) | | | • | |
| Timing Chain | • | • | • | • |
| Torque Converter | | | • | |

24

| Models: | M2 Competition | M4 Coupe M4 CS Coupe M4 Convertible | M5 Sedan M5 Competition Sedan | M6 Gran Coupe |
|---|---|---|---|---|
| Coverage: | 7 years 70,000 miles | 7 years 70,000 miles | 7 years 70,000 miles | 7 years 70,000 miles |
| Transmission Control Module [Mechatronic] | • | • | • | • |
| Transmission Speed and Temperature Sensor | | • | | |
| Turbocharger | • | • | • | • |
| Turbocharger Clamp (at Exhaust Manifold) | | | • | • |
| Turbocharger Gasket | | | • | • |
| Turbocharger Vacuum Pump | | | | • |
| Turbocharger Vacuum Tank | | | | • |
| Turbocharger Wastegate Actuator | • | • | • | |
| Valve Cover Gaskets [Gasket Set Cylinder Head Cover] | • | • | • | • |
| Valvetronic Actuator O-Ring | | | • | |

BMW NA 0884

| Models: | M2 Competition | M4 Coupe M4 CS Coupe M4 Convertible | M5 Sedan M5 Competition Sedan | M6 Gran Coupe |
|---|---|---|---|---|
| Coverage: | 7 years 70,000 miles | 7 years 70,000 miles | 7 years 70,000 miles | 7 years 70,000 miles |
| Valvetronic Actuator [Eccentric Shaft Actuator] | • | • | • | • |
| VANOS VVT Actuator [Solenoid Valve (SOLV)] | • | • | • | |
| VANOS VVT Central Valve | | | • | |

BMW NA 0885

# TIRE WARRANTY STATEMENT

Original equipment tires on new BMW vehicles are warranted by their respective manufacturer as detailed in the applicable tire manufacturer's warranty statement.

The CD ROM BMW provides in the vehicle's documents portfolio contains the warranty statements for the following original equipment tire manufacturers (as applicable to your vehicle):

▷ Bridgestone/Firestone

▷ Continental

▷ Goodyear/Dunlop

▷ Hankook

▷ Michelin

▷ Pirelli

▷ Yokohama

The terms and conditions of the tire manufacturers' warranties are independently determined by the tire manufacturers without input from BMW. We recommend either contacting or visiting the specific tire manufacturer's website to ensure that you have the most current tire warranty information that applies to your tires.

Should you have difficulty in obtaining the applicable warranty service from a tire manufacturer, your authorized BMW center will assist you in resolving the situation.

Instructions for proper tire care and maintenance are contained in the Wheels and Tires section of your vehicle's Owner's Manual.

# 12 VOLT BATTERY CARE

 Battery posts, terminals and related accessories contain lead and lead compounds; chemicals known to the State of California to cause cancer.

If your vehicle is driven only for short distances of less than 10 miles over a prolonged period of time, without an occasional drive at highway speeds, the engine's charging system will not maintain the battery. Insufficient use of the vehicle could result in short-term starting problems and, in the long term, could damage the battery.

In case your vehicle will not be operated for several weeks, it is advisable to:
– consider using a proper trickle charger, following the charger manufacturer's instructions, to maintain the battery's state of charge; or
– consult your authorized BMW center or another qualified service center regarding battery removal. Once removed, the battery must be charged and stored in a cool, dry place where it can be protected from freezing. If the battery will be stored for over 3 months, it must be recharged every 3 months, or else it will become damaged and useless.

Please consult with your authorized BMW center or another qualified service center for further guidance and information.

## CORROSION PROTECTION

Extensive corrosion protection measures implemented by BMW now make it possible to offer a 12-year unlimited mileage anti-corrosion warranty against rust perforation on your vehicle provided that the vehicle is properly maintained. Information on proper maintenance is available in this Booklet and your vehicle's Owner's Manual.

The major degree of corrosion protection is due to the electrophoretic dip painting process which cathodically deposits paint particles on all body parts, attracting paint particles into the minutest cavities or seams. Body parts are designed to provide optimum corrosion protection.

During manufacture, metal exterior body parts receive an additional corrosion protection coat. Hood, doors, trunk lid or tailgate, and other body parts are coated with PVC and sealed from the outside.

All floor panels receive a resilient coating of PVC for maximum protection against damage due to stones, etc.

Corrosion protection materials tested over many years are applied to the surfaces of cavities and to the entire underside of the vehicle during and after assembly.

BMW NA 0887

For additional information on the 12-year unlimited mileage anti-corrosion warranty, see the Warranty section of this Booklet on page 6.

## RESTORING CORROSION PROTECTION

Please take care that anti-corrosion material is replaced when your car is repaired after body or chassis damage.

## UNDERBODY MAINTENANCE

The underbody has to be cleaned at least once a year, in Spring, with plain water in order to remove mud, chemical sediments and other deposits. If those materials are not removed, corrosion (rust) will occur on metal components.

Your authorized BMW center can do this anti-corrosion service for you.

⚠️ Do not apply additional undercoating or rust-proofing on or near the exhaust manifold, exhaust pipes, catalytic converter or heat shields. During driving, the substance used for undercoating could overheat and cause a fire.

## GASOLINE ENGINES — FUEL QUALITY

Use fuels advertised to have adequate detergency and low alcohol (such as ethanol) content. Please refer to your Owner's Manual for important information on the fuel recommended for use in your vehicle. The recommended fuel grade is also found on the fuel filler flap. Use of fuels with insufficient detergent and/or excess alcohol can cause driveability problems that necessitate cleaning intake valves and fuel injection valves, and, when applicable, adjusting the engine idle. We recommend having this work performed by your authorized BMW center or another qualified service center, perhaps while regular maintenance is performed. Your authorized BMW center can also recommend a gasoline additive that will provide sufficient detergency. This recommended, unscheduled maintenance, which may be necessitated by use of inappropriate fuels, is not required in order to maintain the emission warranty. It also is not covered by your vehicle's warranty because no defect in material or workmanship or component failure is involved.

29

BMW NA 0888

**NOTICE**

The "National Traffic and Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners when a correction of a safety-related defect or noncompliance issue with an applicable federal motor vehicle safety standard becomes necessary.

Please see the Correcting, Updating or Changing Your Address and/or Vehicle Ownership Status Information section that follows.

## CORRECTING, UPDATING OR CHANGING YOUR ADDRESS AND/OR VEHICLE OWNERSHIP STATUS INFORMATION

To enable BMW to contact you with important vehicle product and safety-related information, including vehicles with expired warranty coverage, please update your address and/or the vehicle's ownership status information by either:

▷ Going to www.bmwusa.com to log in to your existing account or by creating a new "My BMW" account

▷ Contacting the BMW Customer Relations and Services Department at 1 800 831-1117

▷ Completing and mailing the Information Change Card, located at the back of this Booklet

Please have your vehicle's 17-character Vehicle Identification Number (VIN) available.

## EXPORTING YOUR BMW VEHICLE

**Your vehicle has been specifically adapted and designed to meet the particular operating conditions and homologation requirements in your country and continental region in order to deliver the full BMW driving pleasure while the vehicle is operated under those conditions.**

**If you wish to operate your vehicle in another country or region, you may be required to adapt your vehicle to meet different prevailing operating conditions and homologation requirements. You should also be aware of any applicable warranty limitations or exclusions for such country or region. In such case, please contact the Customer Relations and Services Department for further information.**

BMW NA 0889

# CUSTOMER ASSISTANCE INFORMATION

Your satisfaction with our product and the services provided by authorized BMW centers is of great importance to us. We take pride in our product, as does the authorized BMW center who services it. If you should ever have a question regarding your authorized BMW center's service or your BMW's performance, we recommend that you contact your authorized BMW center.

When contacting an authorized BMW center, we suggest that, depending upon the nature of your contact, you discuss it with either the Sales, Service, or Parts Manager.

As all matters are resolved at the authorized BMW center level, it is important that they be given the opportunity to provide a solution. Should you feel that you were not provided with the proper response, we urge you to contact the General Manager or authorized BMW Center Operator.

Despite the best intentions of all parties, a misunderstanding may occur between you and your authorized BMW center. Should this occur and you require further assistance, please contact the BMW NA Customer Relations and Services Department at:

Telephone: 1 800 831-1117

Email: customerrelations@bmwusa.com

Website: www.bmwusa.com

When contacting us, we ask that you provide the following information:
▷ Your name, address and telephone number
▷ Vehicle Identification Number (last seven digits)
▷ Vehicle delivery date
▷ Vehicle mileage
▷ Selling authorized BMW center's name
▷ Servicing authorized BMW center's name
▷ Description of the problem

A BMW NA Customer Relations and Services Representative will carefully review all the facts involved and let you know what further action will be taken in conjunction with your authorized BMW center. Please remember: the first step in resolving a complaint is to contact the authorized BMW center that performed the work on your vehicle. They have the necessary equipment and the personnel to achieve this goal.

We are confident that every effort will be made to ensure your satisfaction.

BMW NA 0890

# CUSTOMER ASSISTANCE — NOTIFICATION

During a specific period (for example, the earlier of 12 months or 12,000 miles, though this period varies by state), some states require us or our authorized BMW center, to repair in a reasonable number of attempts, any defect or condition which substantially impairs the use, value, or safety of a new vehicle sold, leased or registered in that state.

A reasonable number of attempts is generally defined as (i) four or more attempts to repair the same defect (the number of attempts varies by state) or (ii) the vehicle is out of service by reason of one or more repair(s) for more than a cumulative total of 30 days (this period varies by state), except for delays created by conditions beyond our control.

If we are unable to correct a defect or condition covered by these statutes in a reasonable number of attempts, we may be obligated either to replace the vehicle or reimburse the owner/lessee in an amount equal to the purchase price or lease payments paid by the owner/lessee, less the amount directly attributable to use of the vehicle by the owner/lessee.

**You should send written notification directly to BMW of North America, LLC of the existence of an alleged defect. Send written communication to the Customer Relations and Services Department address listed below.**

BMW of North America, LLC
Customer Relations and Services Department
P.O. Box 1227
Westwood, NJ 07675-1227

Telephone: 1 800 831-1117

Email: customerrelations@bmwusa.com

IMPORTANT: IF THIS VEHICLE HAS A DEFECT THAT SUBSTANTIALLY AFFECTS ITS USE, VALUE OR SECURITY, OR THAT MAY CAUSE DEATH OR SERIOUS BODILY INJURY IF DRIVEN, AND WAS PURCHASED, LEASED OR REGISTERED IN NEW JERSEY, YOU MAY HAVE THE RIGHT UNDER THE LEMON LAW IN THE STATE OF NEW JERSEY TO A REFUND OF THE PRICE OF PURCHASE OR TO YOUR LEASE PAYMENTS.

Here is a summary of your rights:

1. To qualify for compensation under the New Jersey lemon law, you must give the manufacturer or your dealer opportunity to repair or correct the defect of the vehicle within the terms of protection under the lemon law, which are the first 24,000 miles of operation or two years after the date of original date of delivery or whichever comes first.

2. If the manufacturer or your dealer cannot fix or correct the defect within a reasonable amount time, you may have the right to return the vehicle and receive a full refund, less a discount for the use of the vehicle.

3. If it is assumed that the manufacturer or your dealer cannot repair or correct the defect and if the same defect continues to substantially exist after that the manufacturer has received a notice of the defect, sent by certified mail with return receipt, and has had a final chance to correct the defect or condition within 10 days of receiving the notice. This notice must be received by the manufacturer within the terms of protection and can only be given after (i) the manufacturer or your dealer has attempted two or more times to correct the defect; (ii) the manufacturer or your dealer has attempted, at least once, to correct the defect if the defect is one which can cause death or serious bodily injury if the vehicle is operated; or (iii) the vehicle has been out of service for repairs by a total of 20 calendar days accumulation or more, or in the case of a rolling motorized house (motorhome) 45 days or more.

4. If the same defect substantially continues to exist after the manufacturer has had the last opportunity to repair or correct the defect, you may file a claim for compensation under the New Jersey lemon law.

FOR COMPLETE INFORMATION ABOUT YOUR RIGHTS AND RESOURCES UNDER THIS LAW, INCLUDING THE MANUFACTURER'S ADDRESS FOR NOTIFICATION OF THE DEFECT, PLEASE CONTACT: NEW JERSEY DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF CONSUMER AFFAIRS, LEMON LAW UNIT, POST OFFICE BOX 45026, NEWARK, NEW JERSEY 07101, PHONE NUMBER: 1 973 504-6226.

IMPORTANTE: SI EL VEHÍCULO TIENE UN DEFECTO QUE AFECTE DE MANERA SUSTANCIAL SU USO, VALOR O SEGURIDAD, O QUE PUEDA CAUSAR LA MUERTE O LESIONES CORPORALES GRAVES SI SE MANEJA, Y SE COMPRÓ, ARRENDÓ O REGISTRÓ EN NUEVA JERSEY, PUEDE TENER DERECHO EN LOS TÉRMINOS DE LA LEY SOBRE DEFECTOS CONOCIDA COMO "LEMON LAW" DEL ESTADO DE NUEVA JERSEY A UN REEMBOLSO DEL PRECIO DE COMPRA O DEL PAGO DEL ARRENDAMIENTO.

BMW NA 0892

Aquí le damos un sumario de sus derechos:

1. Para tener derecho a una indemnización en los términos de la "Lemon Law" de Nueva Jersey, debe dar el fabricante o a su concesionaria la oportunidad de reparar o corregir el defecto del vehículo dentro de los plazos de protección que establece esta ley, que son las primeras 24,000 millas de operación o dos años a partir de la fecha de entrega original, lo que ocurra primero.

2. Si el fabricante o su concesionaria no pueden arreglar o corregir el defecto en un plazo razonable, puede tener derecho a devolver el vehículo y recibir un reembolso íntegro, menos un descuento por el uso del vehículo.

3. Se da por sentado que el fabricante o su concesionaria no pueden reparar o corregir el defecto si el mismo defecto continúa existiendo de manera sustancial después de que el fabricante ha recibido una notificación del defecto enviada por correo certificado con acuse de recibo, y ha tenido un última oportunidad de corregir el defecto o problema en los 10 días posteriores a la recepción de la notificación. Esta notificación debe ser recibida por el fabricante dentro de los plazos de protección y sólo se puede dar después de que (i) el fabricante o su concesionaria han intentado dos o más veces corregir el defecto, (ii) el fabricante o su concesionaria han intentado, al menos una vez, corregir el defecto si este puede causar la muerte o lesiones corporales graves si se maneja el vehículo, o (iii) el vehículo ha estado fuera de servicio por reparaciones un total de 20 días calendario o más, o en el caso de una casa rodante motorizada (casa rodante), 45 días o más.

4. Si el mismo defecto sigue existiendo de manera sustancial después de que el fabricante ha tenido la última oportunidad de reparar o corregir dicho defecto, puede presentar una reclamación de indemnización en los términos de la "Lemon Law" de Nueva Jersey.

SI DESEA MÁS INFORMACIÓN ACERCA DE SUS DERECHOS Y RECURSOS EN LOS TÉRMINOS DE ESTA LEY, INCLUIDA LA DIRECCIÓN DEL FABRICANTE PARA NOTIFICACIONES DE DEFECTOS, ESTOS SON LOS DATOS DE CONTACTO: NEW JERSEY DEPARTAMENT OF LAW AND PUBLIC SAFETY, DIVISION OF CONSUMER AFFAIRS, LEMON LAW UNIT, POST OFFICE BOX 45026, NEWARK, NEW JERSEY 07101, TELÉFONO: 1 973 504-6226.

BMW NA 0893

## BBB AUTO LINE

If your concern is still not resolved to your satisfaction, BMW NA offers additional assistance through BBB AUTO LINE in ARKANSAS, CALIFORNIA, GEORGIA, IDAHO, IOWA, KENTUCKY, MARYLAND, MASSACHUSETTS, MINNESOTA, PENNSYLVANIA, and VIRGINIA. BBB AUTO LINE is a dispute resolution program administered by the Council of Better Business Bureaus. BBB AUTO LINE resolves disputes through mediation or arbitration. Mediation is an informal proceeding whereby a neutral third party (mediator) helps the parties to find an acceptable resolution. Arbitration is also an informal proceeding in which an impartial third party renders a decision after a hearing at which both parties have an opportunity to be heard. You can select mediation or arbitration or both.

The program is free of charge to you, the consumer, but there are some minimum requirements for participation in the program. Please contact BBB AUTO LINE at the address or phone number listed below for more details:

BBB AUTO LINE
3033 Wilson Boulevard, Suite 600
Arlington, VA 22201
1 800 955-5100

If you wish to use the program and you qualify for participation, you will be required to provide the following information:

▷ Your name and address

▷ The Vehicle Identification Number (VIN)

▷ The make, model and year of your vehicle

▷ A description of the problem with your vehicle

BBB AUTO LINE will also ask you for other information that may help resolve your concerns, such as the purchase price of your vehicle, any mileage at the time of purchase, the current mileage, and copies of repair orders.

BBB AUTO LINE will notify you when your claim has been filed. If you decide to arbitrate, you may attend the hearing in person or by telephone. You may bring witnesses and give supporting evidence. You may also submit your claim in writing and ask for a decision on the documents you submit, without attending a hearing. BBB AUTO LINE will usually render a decision within 40 days from the time you file your complaint. The decision is binding on BMW NA if you decide to accept it. BMW NA must comply with the decision within the time frame specified by the arbitrator.

BMW NA 0894

**Important**: You must use BBB AUTO LINE before asserting in court any rights or remedies created by the Magnuson Moss Warranty Act, (The Act) 15 U.S.C. Sec. 2301, et seq. You may also be required to use BBB AUTO LINE before seeking remedies under your state's Lemon Law. If you choose to seek redress by pursuing rights and remedies not created by Title 1 of Magnuson Moss Warranty Act, prior resort to the BBB AUTO LINE is not required by any provision of the Act.

## CALIFORNIA RESIDENTS

1. BMW OF NORTH AMERICA, LLC (BMW NA) participates in **BBB** AUTO LINE, a mediation/arbitration program administered by the Council of Better Business Bureaus [3033 Wilson Boulevard, Arlington, Virginia 22201] through local Better Business Bureaus. The Arbitration Certification Program of the California Department of Consumer Affairs has certified **BBB** AUTO LINE and BMW.

2. If you have a problem arising under a BMW NA written warranty, we encourage you to bring it to our attention. If we are unable to resolve it, you may file a claim with **BBB** AUTO LINE. Claims must be filed with **BBB** AUTO LINE within six (6) months after the expiration of the warranty.

3. To file a claim with **BBB** AUTO LINE, call 1 800 955-5100. There is no charge for the call.

4. In order to file a claim with **BBB** AUTO LINE, you will have to provide your name and address, the brand name and Vehicle Identification Number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide: the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time any problem(s) were first brought to the attention of BMW NA or one of our dealers, and a statement of the relief you are seeking. There is no charge to the customer in bringing this claim.

5. **BBB** AUTO LINE staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, claims within the program's jurisdiction may be presented to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued within 40 days from the time your complaint is filed; there may be a delay of 7 days if you did not first contact BMW NA about your problem, or a delay of up to 30 days if the arbitrator requests an inspection/report by an impartial technical expert or further investigation and report by **BBB** AUTO LINE.

36

BMW NA 0895

6. You are required to use **BBB** AUTO LINE before asserting in court any rights or remedies conferred by California Civil Code Section 1793.22. You are not required to use **BBB** AUTO LINE before pursuing rights and remedies under any other state or federal law. You are also required to use **BBB** AUTO LINE before exercising rights or seeking remedies created by Title I of the Magnuson-Moss Warranty Act, 15 U.S.C. sec. 2301 et seq. If you choose to seek redress by pursuing rights and remedies not created by California Civil Code Section 1793.22 or Title I of the Magnuson-Moss Warranty Act, resort to **BBB** AUTO LINE is not required by those statutes.

7. California Civil Code Section 1793.2(d) requires that, if BMW NA or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, BMW NA may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that BMW NA has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, *one or more of the following occurs:*

▷ The same nonconformity [a failure to conform to the written warranty that substantially impairs the use, value or safety of the vehicle] results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by BMW NA or its agents AND the buyer or lessee has directly notified BMW NA of the need for the repair of the nonconformity; OR

▷ The same nonconformity has been subject to repair 4 or more times by BMW NA or its agents AND the buyer has notified BMW NA of the need for the repair of the nonconformity; OR

▷ The vehicle is out of service by reason of repair of nonconformities by BMW NA or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

**NOTICE TO BMW NA AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:**

**BMW of North America, LLC**
**Customer Relations and Services Department**
**P.O. Box 1227**
**Westwood, NJ 07675-12271**
**800 831-1117**
**customerrelations@bmwusa.com**

BMW NA 0896

8. The following remedies may be sought in **BBB** AUTO LINE: repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as a result of a vehicle nonconformity, repurchase or replacement of your vehicle and compensation for damages and remedies available under BMW NA's written warranty or applicable law.

9. The following remedies may **not** be sought in **BBB** AUTO LINE: punitive or multiple damages, attorney's fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

10. You may reject the decision issued by a **BBB** AUTO LINE arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

11. If you accept the arbitrator's decision, BMW NA will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after we receive notice of your acceptance of the decision.

12. Please call **BBB** AUTO LINE at 1 800 955-5100 for further details about the program.

IDAHO Residents IMPORTANT: IF THIS VEHICLE IS DEFECTIVE, YOU MAY BE ENTITLED UNDER THE STATE'S LEMON LAW TO REPLACEMENT OF IT OR A REFUND OF ITS PURCHASE PRICE OR YOUR LEASE PAYMENTS. HOWEVER, TO BE ENTITLED TO REFUND OR REPLACEMENT, YOU MUST FIRST NOTIFY THE MANUFACTURER, ITS AGENT, OR ITS AUTHORIZED DEALER OF THE PROBLEM IN WRITING AND GIVE THEM AN OPPORTUNITY TO REPAIR THE VEHICLE. YOU ALSO HAVE A RIGHT TO SUBMIT YOUR CASE TO THE CONSUMER ARBITRATION PROGRAM WHICH THE MANUFACTURER MUST OFFER IN THIS STATE.

BMW NA 0897

## SPECIAL PROGRAMS

**SOMETIMES BMW OF NORTH AMERICA, LLC (BMW NA) OFFERS A SPECIAL ADJUSTMENT PROGRAM TO PAY ALL OR PART OF THE COST OF CERTAIN REPAIRS BEYOND THE TERMS OF THE WARRANTY. CHECK WITH YOUR AUTHORIZED BMW CENTER TO DETERMINE WHETHER ANY ADJUSTMENT PROGRAM IS APPLICABLE TO YOUR MOTOR VEHICLE.**

# BMW ROADSIDE ASSISTANCE

**The BMW Roadside Assistance Program reflects BMW's commitment to your complete satisfaction with the BMW ownership experience.**

It's available for U.S. version BMWs in all 50 states, Canada, and Puerto Rico 24 hours a day, 365 days a year.

It's a valuable benefit provided to you at no additional cost. (Subject to certain limitations and exclusions noted on page 43.)

The BMW Roadside Assistance Program is not a warranty and does not affect your rights under the New Vehicle Limited Warranty.

Services provided by a third-party business partner.

## OWNER'S ELIGIBILITY

You are covered if your vehicle is:

▷ A new BMW automobile, distributed by BMW NA, and purchased at an authorized BMW center; OR

▷ A new BMW automobile, purchased under the BMW NA European Delivery Plan; OR

▷ A new, U.S. version, BMW automobile purchased under the Diplomatic or Military Sales programs, operated in any of the 50 states, Canada and Puerto Rico.

The vehicle itself is covered when driven by any authorized driver.

Protection as determined by the vehicle's original in-service date:

New BMWs — Protection is provided for 4 years/unlimited miles.

Certified Pre-Owned BMWs— 5 years or 6 years (as applicable)/unlimited miles.

BMW NA 0898

NOTE: This protection does not affect the new vehicle limited warranty coverage, which remains at 4 years/50,000 miles, or the applicable Certified Pre-Owned BMW time and mileage coverage.

## GETTING STARTED

For your convenience, a decal showing Roadside Assistance information has been affixed on the driver's side of the windshield and in the rear compartment area.

## CALLING FOR ASSISTANCE

The toll-free BMW Roadside Assistance number (1 800 332-4269) is answered by a BMW Roadside Assistance service representative. In order for you to receive quick and reliable services, it is essential that you provide detailed and accurate information to the service representative.

Be prepared to give:

▷ Your name.
▷ Your complete Vehicle Identification Number (found on your vehicle registration, or on the bottom driver's side of your windshield).
▷ Model description and color of your vehicle.
▷ License plate number of your vehicle.
▷ Vehicle location (including nearby crossroads/intersections, highway mile markers, street numbers, landmarks, etc.).
▷ Location you are calling from (including a telephone number where you can be reached).
▷ A description of your vehicle's problem. Specific and accurate information will enable the Roadside Assistance service representative to provide the proper help.

**Concierge Service.** Should there be a need beyond BMW Roadside Assistance, Concierge service will provide a personal assistant who will help in every way to get you to your final destination. Concierge service will help you locate a rental car or taxi agency, hotel or even help procure airline reservations.

## SERVICES

From the information you provide, the BMW Roadside Assistance service representative will determine the type of help required.

BMW NA 0899

## DISPATCH SERVICE

A service provider will be dispatched to the site of your disabled vehicle.

## ON-SITE ASSISTANCE

On-site service for vehicle disablements, such as flat tires, dead batteries, and out of fuel conditions, is provided up to a maximum of $100.00 per incident by BMW Roadside Assistance.

The cost for parts and fuel, when used on-site, is the responsibility of the owner/driver. The New Vehicle Limited Warranty does not cover any of the above on-site services.

## LOCK-OUT

Your BMW is equipped with an advanced entry system, which cannot be bypassed by traditional locksmith methods without significant damage to your vehicle. The recommended procedure for a lock-out is to use the My BMW Remote US App to initiate a remote door unlock. You must have a valid BMW Assist account with user name and password (call BMW Assist toll-free at 1-888-333-6118 if you are unsure of your user name or password). In the event the remote door unlock service is not possible, Roadside Assistance will help you get back on the road. A representative will help arrange alternate transportation to the nearest authorized BMW center, home or office. You, or the person driving your vehicle, are responsible for any expenses related to replacement keys if required.

## TOWING SERVICE

In the event of a mechanical breakdown normally covered under the New Vehicle Limited Warranty, your vehicle will be transported (at no cost) to the nearest authorized BMW center. Towing to the nearest authorized BMW center is also covered in the event of a damaged/flat tire or collision.

If the breakdown occurs after normal business hours, your vehicle will be transported to a secure location and transported to the nearest authorized BMW center on the next business day.

However, you may request (at no cost) to be taken to your preferred authorized BMW center as long as it is within 50 additional miles of the "nearest" authorized BMW center.

If you request that the vehicle be taken to a location other than the nearest authorized BMW center the expense will be your responsibility.

BMW NA 0900

Towing requests for vehicles disabled because of casualty, fire, act of God, or violation of law (federal, state or local) are provided at the expense of the owner/driver.

If it is necessary for you to have your vehicle towed through your own arrangements, **you must contact BMW Roadside Assistance for prior authorization and instructions on claim procedures.** All claims must be submitted within sixty (60) days of the disablement or occurrence, accompanied by the original receipts. Claims received after that time period may not be honored and are subject to the full discretion of BMW Roadside Assistance. If BMW Roadside Assistance is not contacted for "prior" authorization, the maximum coverage for towing is $100.00.

## SIGN-AND-DRIVE

Typically, if you are within the terms of your warranty, the services you receive under the BMW Roadside Assistance program will not require payment. In most cases, you will simply sign a receipt from the provider of services.

## TRIP INTERRUPTION BENEFITS

Trip interruption benefits are provided for mechanical breakdowns as follows:

▷ Breakdowns that are caused by a defect covered under the terms of the limited warranty; and

▷ Must occur in excess of 100 miles from the driver's primary residence; and

▷ Repairs cannot be completed during normal business hours on the same day of breakdown.

Reimbursements will be allowed for meals, lodging, car rentals, and alternate transportation to bring the driver and the BMW automobile together after the vehicle has been repaired by an authorized BMW center. Original receipts must accompany all reimbursement requests.

Trip interruption benefit is limited to $1,000.00 per incident, for a maximum of five days per incident.

Always contact BMW Roadside Assistance or your BMW center for trip interruption benefits. They will assist in making all the necessary arrangements.

BMW NA 0901

## EXCLUSIONS

Specifically excluded from coverage are:

▷ Fines, taxes, impound, storage or towing fees incurred due to a violation of local or state law or movement of the vehicle by law enforcement.

▷ Expenses related to extreme adverse weather conditions including, but not limited to, floods, hurricanes and tornadoes (removal from water, snow, ice, etc.).

▷ Expenses for the removal and mounting of snow tires or removal of snow chains.

43

**NOTES:**

BMW NA 0903

**NOTES:**

BMW NA 0904

**NOTES:**

BMW NA 0905

⚠️ **WARNING:** Operating, servicing and maintaining a passenger vehicle or off-road vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle the engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to **www.P65Warnings.ca.gov/passenger-vehicle**.



**The Ultimate Driving Machine®**

**BMW DRIVER'S GUIDE APP**

Your customized Owner's Manual as an app.
Optimized for smartphones & tablets. Can be used offline.
Download at the App Store® or get it on Google Play® Store

**More about BMW**

**bmwusa.com**
**1-800-334-4BMW**

© 2018 BMW of North America, LLC
Woodcliff Lake, New Jersey 07677
The BMW name, model names and logo are registered trademarks.
App Store is a registered trademark of Apple Inc. Google Play Store
is a registered trademark of Google.
Printed in U.S.A. 12/18

01 00 2 469 771



European vehicles and products may be shown.
All information is correct at time of printing
and subject to change without notice.

BMW NA 0907